IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NORTHERN NATURAL GAS CO.,
    Plaintiff,

vs.                                    No. 08-1405-JTM

L.D. DRILLING, INC.,
    *et al.*,
    Defendants.

MEMORANDUM AND ORDER

For good cause shown, the parties' Joint Motion for Extension of Time (Dkt. 885) is hereby granted.

IT IS SO ORDERED this day of June, 2020.

s/ J. Thomas Marten
J. Thomas Marten, Judge